**IT IS SO ORDERED.**

**SIGNED THIS: June 1, 2023**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Steven Ray Jimenez                                              Case No.    23-70454

Debtor(s)

### ORDER DISMISSING CASE

The Court finds:

> that the debtor(s) failed to file the certificate described in Section 521(b)(1) or a Request for Waiver or Motion to Excuse in accordance with the Revised Standing Order Regarding Credit Counseling entered on October 4, 2006 by the Judges of the United States Bankruptcy Court, Central District of Illinois.

IT IS THEREFORE ORDERED that the Chapter 13 case in bankruptcy filed on June 1, 2023, be and is hereby dismissed.

IT IS FURTHER ORDERED that if the filing fee for this case was not paid in full, any new case filed by debtor(s) under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

IT IS FURTHER ORDERED that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (120 days for a Chapter 13).

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###